IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **FABIAN MURRAY,** | : | **MOTION TO VACATE** |
| BOP Reg. # 64102-019, | : | **28 U.S.C. § 2255** |
| Movant, | : | |
| | : | **CRIMINAL ACTION NO.** |
| v. | : | **1:12-CR-286-AT-AJB-1** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION NO.** |
| Respondent. | : | **1:17-CV-3884-AT-AJB** |

### UNITED STATES MAGISTRATE JUDGE'S
### FINAL REPORT AND RECOMMENDATION

Movant, Fabian Murray, filed a pro se motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody. [Doc. 215.][1] A copy of Movant's § 2255 motion was also filed in his other criminal case in this Court.[2] The Government filed a response in opposition, indicating its reliance upon its filings in Movant's other criminal case. [Doc. 217.] Movant filed a reply, [Doc. 218], and a supplemental memorandum, [Doc. 221].

The undersigned is simultaneously issuing a Final Report and Recommendation on Movant's § 2255 motion in his other criminal case. For the reasons given in that

---

[1]   Citations to the record in this Final Report and Recommendation refer to case number 1:12-cr-286-AT-AJB-1.

[2]   *See* Document 458, *United States v. Murray*, No. 1:12-cr-285-AT-AJB-2 (N.D. Ga. Aug. 14, 2017).

AO 72A
(Rev.8/82)

Final Report and Recommendation, the undersigned **RECOMMENDS** that the present § 2255 motion, [Doc. 215], be **DENIED**, a COA be **DENIED**, and civil action number 1:17-cv-3884-AT-AJB be **DISMISSED**.

The Clerk is **DIRECTED** to terminate the referral of the present § 2255 motion to the undersigned Magistrate Judge.

**IT IS SO RECOMMENDED and DIRECTED**, this   15th   day of March, 2019.

ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)